768-15

# ELECTRONIC RECORD

CCA #   09-13-00169-CR                OFFENSE:   Murder

STYLE:   Daniel Frank Longoria Jr.
         v. The State of Texas        PUNISHMENT:   life

                                      COUNTY:   Montgomery

TRIAL COURT:       221st District Court                    MOTION
TRIAL COURT #:     12-05-05213 CR          FOR REHEARING IS:
TRIAL COURT JUDGE:   Judge Lisa Benge Michalk    DATE:
DISPOSITION:       AFFIRMED                 JUDGE:

DATE:       06-25-14

JUSTICE:    Leanne Johnson        PC   NO   S   YES
PUBLISH:    NO                    DNP:   YES

CLK RECORD:    05-17-13           SUPP CLK RECORD:
RPT RECORD:    05-30-13           SUPP RPT RECORD:
STATE BR:      10-08-13           SUPP BR:
APP BR:        07-31-13           PRO SE BR:

768-15

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                 CCA # _____ ~~PD-0735-15~~

--------------------

___PRO SE___ Petition             Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____
___REFUSED___                     JUDGE: _____
DATE: _11/25/2015_                SIGNED: _____      PC: _____
JUDGE: _Per Curiam_               PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR REHEARING IN       MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____             _____ ON _____

JUDGE: _____                        JUDGE: _____